THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00219-MR

| | | |
|---|---|---|
| **WEBER-HYDRAULIK GMBH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **HURST JAWS OF LIFE, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Defendants' motions for the admission of attorneys Jeanne M. Gills, Justin Sobaje, and Thomas James as counsel *pro hac vice*. [Docs. 10, 11, 12]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 10, 11, 12] are **ALLOWED**, and Jeanne M. Gills, Justin Sobaje, and Thomas James are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 25, 2023

Martin Reidinger
Chief United States District Judge